IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIANA INGRAVALLO,

                             Plaintiff,

        -against-                    Civil Action No.: 10-CV-5150(FB)(JO)

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, As Administrator
of the Delta Airlines, Inc. Long Term
Disability Group Policy,

                         Defendant.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE, that the undersigned hereby appears in this matter on behalf of

defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, As Administrator of

the Delta Airlines, Inc. Long Term Disability Group Policy.

Dated:   New York, New York
          January 11, 2011

                             Respectfully Submitted,

                             s/
                             ELIZABETH R. CHESLER (EC 2299)
                             SEDGWICK, DETERT, MORAN & ARNOLD LLP
                             Attorneys for Defendant
                             HARTFORD LIFE AND ACCIDENT
                             INSURANCE COMPLANY
                             125 Broad Street, 39th Floor
                             New York, New York 10004
                             Telephone: (212) 422-0202
                             Fax: (212) 422-0925

TO:

Carl E. Person, Esq.
325 W. 45th St. – Suite 201
New York, NY 10036-3803
Telephone:  (212) 307-4444
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I, Elizabeth R. Chesler, hereby certify and affirm that a true and correct copy of the

attached **APPEARANCE OF COUNSEL** (for Hartford Life And Accident Insurance Company, As

Administrator of the Delta Airlines, Inc. Long Term Disability Plan) was served by **ECF and**

**Regular Mail** on January 11, 2011, upon the following:

Carl E. Person, Esq.
325 W. 45th St. – Suite 201
New York, NY 10036-3803
Telephone:  (212) 307-4444
***Attorneys for Plaintiff***

s/
_____
ELIZABETH R. CHESLER (EC 2299)

NY/631045v1