125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sdma.com*

January 11, 2011

*Via ECF*
Hon. James Orenstein, U.S.M.J.
United States District Court For The
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Ingravallo v. Hartford Life and Accident Insurance Company*
    Civ. Act. No. 10-cv-05150(FB)(JO)
    SDMA File No. 02489-000104

Dear Judge Orenstein:

This office represents defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter.

We write to request an extension of time to respond to the Complaint in this matter on behalf of Hartford. Hartford's response is due on January 13, 2011. We request an extension for Hartford to respond to the Complaint on or before February 14, 2011. We have been in touch with Plaintiff's local counsel, who have advised that they cannot either consent or deny the request before consulting with lead counsel in the matter. Lead counsel for Plaintiff has not yet responded to this request. It is nonetheless requested that Hartford's request for an extension of time to respond be granted. No prior requests for an extension of time have been made on Hartford's behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

MHB/erc

cc:   Carl E. Person (*via ECF*)

NY/631067v1