UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIANA INGRAVALLO,

                Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, As Administrator of the Delta Airlines,
Inc. Long Term Disability Group Policy,

                Defendant.
-------------------------------------------------------------X

Civ. Act. No.: 10-cv-5150
(FB)(JO)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT
ELECTRONICALLY FILED

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Hartford Life and Accident Insurance Company ("Hartford") sued herein as Administrator of the Delta Airlines, Inc. Long Term Disability Group Policy, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

       1.     The Hartford Financial Services Group, Inc.

       The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Dated:     New York, New York
           February 14, 2011

                                        Respectfully submitted,

                                        _____s/_____
                                        MICHAEL H. BERNSTEIN (MB-0579)
                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004-2400
                                        T:  (212) 422-0202
                                        F:  (212) 422-0925
                                        *Attorneys for Defendant*
                                        Hartford Life and Accident Insurance Company

TO:    Carl E. Person, Esq. (CP 7637)
       325 W. 45th Street – Suite 201
       New York, New York 10036-3803
       T:  (212) 307-4444
       F:  (212) 307-0247
       Email: carlpers2@gmail.com
       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** (for Hartford Life and Accident Insurance Company) was served by **ECF and Regular Mail** on February 14, 2011, upon the following:

TO:    Carl E. Person, Esq. (CP 7637)
325 W. 45th Street – Suite 201
New York, New York 10036-3803
T: (212) 307-4444
F: (212) 307-0247
Email: carlpers2@gmail.com
*Attorney for Plaintiff*

      s/
MICHAEL H. BERNSTEIN (MB-0579)