IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DIANA INGRAVALLO,<br><br>  Plaintiff,<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>ADMINISTRATOR OF THE<br>BDP INTERNATIONAL<br>LONG TERM DISABILITY PLAN,<br><br>  Defendant. | § § § § § § § § § § § § § § § | C. A. NO. 1:10-cv-05150-FB-J0 |

NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please take notice that the following attorney from Marc Whitehead & Associates, L.L.P., enters this Notice of Appearance as additional counsel for Diana Ingravallo.

Marc S. Whitehead
Marc Whitehead & Associates, Attorneys at Law, L.L.P.
Tex. Bar No. 00785238
S.D. Tex. Bar No. 15465
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
marc@marcwhitehead.com

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P., LTD

By: _____
Marc S. Whitehead
Tex. Bar No. 00785238
S.D. Tex. Bar No. 15465
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this 16th, day of February, 2011, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court; Eastern District of New York, using the electronic case filing system of the court. The electronic case filing system sent a "notice of Electronic Filing" to the following attorneys of record who have consented tin writing to accept that Notice as service of this document by electronic means:

Carl E. Person
325 West 45th Street
Suite 201
New York NY 10036
carlpers@ix.netcom.com

Michael H. Bernstein
Michael.bernstein@sdma.com
Elizabeth Richer Chesler
elizabeth.chesler@sdma.com
Sedgwick, Deter, Moran & Arnold
125 Broad Street
39th floor
New York, NY 10004

_____
Marc Whitehead