ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NY  10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

December 21, 2011

*Via Regular Mail and ECF*
Hon. Frederic Block, U.S.D.J.
United States District Court For The
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  Ingravallo v. Hartford
     10-cv-5150(FB)(JO)
     Our File No.: 02489-000104

Dear Judge Block:

This office represents the defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. In accord Your Honor's Order dated December 16, 2011, we write to jointly request that the Court memo endorse the following briefing schedule for the parties' respective motions for judgment via summary trial on a stipulated administrative record:

- March 1, 2012 - Last day for plaintiff/defendant to serve and file motions for judgment via summary trial on a stipulated administrative record;

- March 30, 2012 – Last day for plaintiff/defendant to serve and file opposition to motions for judgment via summary trial on a stipulated administrative record; and

- April 13, 2012 – Last day for plaintiff/defendant to serve and file reply to opposition.

Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP
MHB

NY/757544v1

Hon. Frederic Block, U.S.D.J.
Ingravallo v. Hartford
10-cv-5150(FB)(JO)
December 21, 2011
Page 2

cc:
*Via Regular Mail and ECF*
Carl E. Person, Esq. (CP 7637)
325 W. 45th Street – Suite 201
New York, New York 10036-3803
T:  (212) 307-4444
F:  (212) 307-0247

Marc Whitehead, Esq.
MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P.
5300 Memorial Drive
Suite 725
Houston, Texas 77007

NY/757544v1