# Sedgwick LLP

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Matthew P. Mazzola*
*212-898-4066*
*matthew.mazzola@sdma.com*

March 1, 2012

Marc Whitehead, Esq.
Marc Whitehead & Associates
5300 Memorial Drive, Suite 725
Houston, Texas 77007

Re: *Diana Ingravallo v. Hartford Life and Accident Insurance Company, As Administrator of the Delta Airlines, Inc. Long Term Disability Group Policy*
Civ. Act. No.:   10-cv-5150 (FB)(JO)
SDMA File No.:   02489-000104

Dear Mr. Whitehead:

As you know, this office represents the defendant, Hartford Life and Accident Insurance Company ("Hartford"), in the above-referenced action. Enclosed, please find the following:

- Defendant's Notice of Motion on Summary Trial;
- Memorandum of Law in Support of Defendants' Motion on Summary Trial;
- Declaration of Michael H. Bernstein (with exhibits);
- Declaration of Bruce Luddy; and
- Declaration of Marsh L. Macko (with exhibits).

Please feel free to contact me with any questions or concerns.

Very truly yours,

Matthew P. Mazzola
Sedgwick, Detert, Moran & Arnold LLP

cc:   Carl E. Person, Esq.

NY/685689v1