# EXHIBIT A

## POWER OF ATTORNEY AND CONTRACT OF EMPLOYMENT

This is an agreement between _Diana Engravallo_ (The Client) residing at _574 Henry St Brooklyn NY 11231_ (address), Schechter, McElwee, Shaffer & Harris, L.L.P., Mark & Associates, P.C., and Marc Whitehead & Associates, Attorneys at Law, LLP ("The Attorneys"); all collectively referred to as "The Parties". The Parties agree to the following:

1. **Purpose of contract**: The Client employs The Attorneys to prosecute all of The Client's claims arising out of the denial of disability benefits. Client understands that this contract for legal services is for representation on this claim and this claim alone. It does not extend to any probate, tax advice, criminal defense, divorce or other kind of legal service or proceeding. If other legal services are necessary, Client agrees that all Attorney fees, costs or expenses related to those services will be borne by Client.

2. **Attorney Fees**: The Attorneys will be financially compensated by The Client ONLY if a recovery is made. Client does hereby assign and convey to Attorney the following undivided interest in Client's claim.

   a. 1/3 of all monies and property collected on behalf of client, plus reimbursement of case expenses; and/or
   b. Statutory attorneys fees awarded by the Court (or stipulated to in a settlement agreement or between the parties; and/or
   c. Client agrees to pay attorney 1/3 of future benefits if benefit payer reinstates Client to benefits for a term not to exceed FIFTEEN (15) YEARS.

3. **Expenses**: The Attorneys may advance funds necessary to cover costs and reasonable expenses for prosecution of the claims. The Attorneys may borrow money from a bank to finance the cost and expenses of litigation. Such interest charged by the bank will be treated as an expense of litigation. Other expenses of litigation include, but are not limited to court, deposition and mediation costs; expert witnesses, meeting, travel and investigation expenses; medical record retrieval, reproduction, communication, postage and delivery expenses.

4. **Cooperation of Client**: Client shall keep The Attorneys advised of his/her current address and telephone numbers at all times, shall appear on reasonable notice at any and all depositions and court appearances, and shall comply with all reasonable requests from The Attorneys in connection with the preparation of Client's claim and causes of action.

5. **Association of other counsel / Division of Fees**: The Attorneys may associate other counsel at their sole discretion, to assist in the prosecution of this case. Client hereby agrees and consents to such association. Client understands that if The Attorneys exercise their right to associate other counsel, the attorney fees will not increase due to such association. Client's signature below indicates their understanding and consent to the division of fees, which division will be disclosed to The Client when and if The Attorneys exercise their right to associate other counsel. (Schechter, McElwee, Shaffer & Harris, L.L.P., Mark & Associates, P.C. and Marc Whitehead & Associates, Attorneys at Law, LLP will assume joint responsibility for the prosecution of Client's cause of action. At the conclusion of the case, if a recovery is made on behalf of Client, the attorney fee will be divided with the following structure: LTD ERISA cases are divided with 66 2/3% to Marc Whitehead & Associates, Attorneys at Law, LLP and 33 1/3% to Schechter, McElwee, Shaffer & Harris, L.L.P. (to be split equally with Mark & Associates, P.C.); LTD non-ERISA cases are divided 60% to Marc Whitehead & Associates, Attorneys at Law, LLP and 40% to Schechter, McElwee, Shaffer & Harris, L.L.P. (to be split equally with Mark & Associates, P.C.), and Social Security cases are divided with 75% to Marc Whitehead & Associates, Attorneys at Law, LLP and 25% to Schechter, McElwee, Shaffer & Harris, L.L.P. (to be split equally with Mark & Associates, P.C.). This division of attorney fees will not increase the total fee owed by the Client. Client's signature on this agreement indicates his/her understanding and consent to the division of fees. Marc Whitehead & Associates, Attorneys at Law, LLP will be the lead counsel for the client and will accordingly assume responsibilities associates with the day to day handling of Client's case.

6. **Permission to withdraw**: The Attorneys may, at their option, withdraw from the case and cease to represent The Client for any reason. If The Attorneys exercise this right, they shall notify The Client in writing and forward said notice to The Client's last known address. In the event The Attorneys exercise their right to close the case, The Client will not owe The Attorneys any attorney fees or expenses.

7. **Permission to Terminate Representation**: Client will, of course, be free to terminate the attorney representation of client at any time, with or without cause, provided, however, that client promptly makes arrangements, at client's sole cost and expense, to pay all attorneys fees then owing along with all costs and expenses incurred by attorney on behalf of client. Such fees and expenses shall be payable immediately upon discharge of the attorney.

8. **Statute of Limitations:** As with any case, there may be a potential issue regarding the statute of limitations of your case. Your Disability Carrier may have very short time periods to file documents to protect your interests and that said time frame may have already passed or will pass within 30 days. In that event, client waives any claim against attorneys for untimely filing of documents to protect client's interest. We will investigate and work towards the prosecution of your claim. However, should a problem arise concerning the Statute of Limitations, we will have no choice, but to close the case and inform you of that decision.

9. **Resolution of disputes / Arbitration**: The parties agree that any dispute concerning this contract or the services performed by The Attorneys under this contract shall be arbitrated in Houston, Texas, pursuant to the Texas General Arbitration Act. This contract is governed by the laws of the State of Texas.

SIGNED and AGREED to this ___28___ day of ___May___ (month) 2009.

_Diana Ingravallo_ (Client's Signature)
_Diana Ingravallo_ (Client's Printed Name)

Marc Whitehead & Associates, Attorneys at Law, LLP

Schechter, McElwee, Shaffer & Harris, L.L.P.

Mark & Associates, P.C.

# EXHIBIT B

BENEFIT CALCULATOR FOR DIANA INGRAVALLO

**RETROACTIVE BENEFITS**

| Beginning | Ending | Monthly Benefit | Totals | Discount | Totals |
|---|---|---|---|---|---|
| 5/1/2009 | 3/31/2013 | | | | |
| 46 | months x | $384.75 | $ 17,698.50 | n/a | $ 17,698.50 |

**PRESENT VALUE of FUTURE BENEFITS**

| Beginning | Ending | | | | | |
|---|---|---|---|---|---|---|
| 4/1/2013 | 10/31/2025 | | | | | |
| 151 | months x | $ 384.00 | $ 57,984.00 | 3.50% | $46,846.12 | PV |

| Beginning | Ending | | | | | |
|---|---|---|---|---|---|---|
| 11/1/2025 | 7/24/2038 | | | | | |
| 153 | months x | $ 1,125.75 | $ 172,239.75 | 3.50% | $138,780.05 | PV |

| 304 | total months | | $ 247,922.25 | | $ 203,324.67 |

| # | Amount | Date | Serial |
|---|---|---|---|
| 1 | $ 384.00 | 4/1/2013 | 41365 |
| 2 | $ 384.00 | 2/1/2012 | 40940 |
| 3 | $ 384.00 | 3/1/2012 | 40969 |
| 4 | $ 384.00 | 4/1/2012 | 41000 |
| 5 | $ 384.00 | 5/1/2012 | 41030 |
| 6 | $ 384.00 | 6/1/2012 | 41061 |
| 7 | $ 384.00 | 7/1/2012 | 41091 |
| 8 | $ 384.00 | 8/1/2012 | 41122 |
| 9 | $ 384.00 | 9/1/2012 | 41153 |
| 10 | $ 384.00 | 10/1/2012 | 41183 |
| 11 | $ 384.00 | 11/1/2012 | 41214 |
| 12 | $ 384.00 | 12/1/2012 | 41244 |
| 13 | $ 384.00 | 1/1/2013 | 41275 |
| 14 | $ 384.00 | 2/1/2013 | 41306 |
| 15 | $ 384.00 | 3/1/2013 | 41334 |
| 16 | $ 384.00 | 4/1/2013 | 41365 |
| 17 | $ 384.00 | 5/1/2013 | 41395 |
| 18 | $ 384.00 | 6/1/2013 | 41426 |
| 19 | $ 384.00 | 7/1/2013 | 41456 |
| 20 | $ 384.00 | 8/1/2013 | 41487 |
| 21 | $ 384.00 | 9/1/2013 | 41518 |
| 22 | $ 384.00 | 10/1/2013 | 41548 |
| 23 | $ 384.00 | 11/1/2013 | 41579 |

# EXHIBIT C

# CURRICULUM VITAE
## Marc Stanley Whitehead
Marc Whitehead & Associates,
Attorneys at Law, L.L.P.
5300 Memorial Drive, Suite 725
Houston, Texas 77007
(713)228-8888

**Professional Experience**

*Marc Whitehead & Associates, Attorneys at Law, LLP, Founder*
Specializing in plaintiff's personal injury litigation, insurance & ERISA litigation, Social Security disability law and veterans disability law

*Adjunct Professor of Law (2002)*
University of Houston Law Center
Civil Trial Advocacy

*Instructor (2003)*
National Institute of Trial Advocacy
Civil Trial Advocacy

*Instructor (2005-2007)*
National Business Institute
Social Security Disability

**Board Certified**

Personal Injury Trial Law
Texas Board of Legal Specialization

Social Security Disability Advocate
National Board of Social Security Disability Advocates

**Educational Experience**

J.D. University of Houston Law Center, 1992
    Top 21% of Graduating Class
B.B.A. in Finance, Texas A&M University, 1989
    President's List
Valedictorian, Normangee High School 1985

**Admitted to Practice**

State Bar of Texas
U.S. District Courts, All Texas Districts
United States Court of Appeals-Fifth Circuit
United States Court of Appeals for Veterans Claims

**Professional Activities and Associations**

President-Houston Trial Lawyers Association (2009-10)
Secretary/Treasurer-Houston Trial Lawyers Association (2007-08)
Former Vice-President- Houston Trial Lawyers Association
Board of Directors-Texas Trial Lawyers Association
Texas Trial Lawyers Board of Advocates (1999-2001)
HBA Social Security Section Chairman (2004-2005)
Member: Association of Civil Trial and Appellate Specialists, National Organization of Social Security Claims Representatives, Association of Trial Lawyers of America, Texas Aggie Bar Association, Houston Volunteer Lawyers Association, College of the State Bar of Texas, Houston Bar Association, National Organization of Veterans Advocates

**Articles & Publications**

*"Tort Reform As It Relates to Strict Products Liability"*
*"A Lawyer's Guide for Determining Eligibility of Social Security Disability Claimants"*
*"Nuts & Bolts of Social Security Disability Law"*
*"The Five Step Sequential Evaluation Process Used in Determining Disability For Social Security Claimants"*

# EXHIBIT E

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

DIANA INGRAVALLO,

                     Plaintiff,　　　　　　　ECF CASE

vs.　　　　　　　　　　　　　　　　　Civil Action No. 10cv5150 (FB)(JO)

                                                                    AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR ATTORNEY FEES

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
As Administrator of the Delta Airlines, Inc. Long term Disability Group Policy,

                     Defendant.

```
------------------------------------------------------------x
```

State of Texas    )
                     ) ss:
County of Harris )

Marc Whitehead, Esq., being duly sworn, hereby deposes and says as follows:

    1.     I am a member of the law firm of Marc Whitehead and Associates L.L.P.

    2.     I submit this affidavit in support of my motion for attorney fees in the above-captioned matter.

    3.     To the best of my knowledge and based on record keeping by my firm and billing data from local counsel Carl Pierson and Jorge Delgado, I affirm that the attached fees reflect the work of myself, my associate attorney, Valerie Norwood, and paralegals, Melanie Donaldson, Rina Shah, and Anthony Vessel in the litigation of this matter.

Dated: May 1, 2013

Houston, Texas

_____
Marc Whitehead, Esq.
Marc Whitehead & Associates, L.L.P.
5300 Memorial Drive, Suite 725
Houston, Texas 77007
T: (713) 228-8888
F: (713) 225-0940
Email: marc@marcwhitehead.com

2

STATE OF TEXAS            )
                                              :ss.:
COUNTY OF HARRIS     )

On _May 1, 2013_, before me, _Jennifer Hollins_, personally appeared, MARC WHITEHEAD, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, which he signed before me.



JENNIFER A. HOLLINS
Notary Public, State of Texas
My Commission Expires
May 21, 2014

WITNESS my hand and official seal

_Jennifer Hollins_
(notary signature)

3