ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*212-898-4011*
*michael.bernstein@sedgwicklaw.com*

May 6, 2013

*Via ECF*
Honorable Senior Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: *Ingravallo* v. *Hartford Life and Accident Insurance Company*
    Civ. Act. No. 10-cv-05150(FB)(JO)
    SDMA File No. 02489-000104

Dear Judge Block:

This office represents defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter.

We write to request an extension of time for Hartford to submit opposition to the plaintiff's Motion for Attorney's Fees in the above-referenced matter. Hartford's opposition to plaintiff's Motion for Attorney's Fees is due to be filed on May 15, 2013. Due to several previously ordered briefing deadlines in other pending matters as well as a conference I am scheduled to attend in Philadelphia at the end of this week, we request a two (2) week extension of time for Hartford to submit its opposition to plaintiff's motion on or before May 29, 2013.  Plaintiff's counsel consents to the request and this extension does not affect any previously scheduled dates set by the Court.  No prior requests for an extension of time have been made on Hartford's behalf.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick, LLP

MHB/erc

cc:     Marc Whitehead & Carl E. Person (*via ECF*)

NY/1264646v1